## MARY YOUNG FERRELL

*v.*

## ROBERT A. STRONG.

[Submitted May 27th, 1907.   Decided May 28th, 1907.]

Where the facts set forth in a bill show that complainant has an estate in lands which cannot be ascertained in a pending action at law against her, but can only be asserted in a court of equity, further proceedings in the law court will be suspended until a decree may be had in equity.

On bill for injunction.

*Mr. John Boyd Avis,* for the complainant.

*Mr. G. Dore Cogswell,* for the defendant.

LEAMING, V. C.

A more careful consideration of this case confirms the views expressed by me at the hearing.

The facts set forth in the bill disclose an estate in the lands in question, which can only be ascertained and asserted in a court of equity.   In the pending action at law against complainant these rights cannot be asserted, and she is in consequence entitled to have further proceedings in the law court suspended until a decree may be had under the present bill in equity. *Atlantic City Railway Co.* v. *Johanson, 65 Atl. Rep. 719.*   I will advise a decree accordingly.